IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL DRAKE,** *individually and on behalf of all others similarly situated,* | ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) ) Case No. 3:21-cv-279-DWD |
| **PROCTER & GAMBLE COMPANY,** | ) ) ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of February 24, 2022 (Doc. 53) reflecting settlement between the parties, as well as the Notice of Voluntary Dismissal (Doc. 54) filed on March 14, 2022, this action is **DISMISSED with prejudice** with each party to bear its own costs.

IT IS SO ORDERED.

DATED: March 16, 2022

                                                **MONICA A. STUMP, Clerk of Court**
                                                *s/ Dana M. Winkeler*
                                                **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**